FRANK W. BALDWIN and Others, Respondents, v. MYRON KRAVIS, Appellant, and NEW YORK CASUALTY COMPANY, Respondent.— Order affirmed, with ten

dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.